JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN R. DANIELS and DIANA L. DANIELS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BAC HOME LOANS SERVICING LP, et al.,<br><br>　　　　　Defendants. | CV 10-9812 PA (MANx)<br><br>JUDGMENT |

　　　　Pursuant to the Court's April 11, 2011 Minute Order dismissing with prejudice the claims for violation of the Truth in Lending Act ("TILA") and the Real Estate Settlement and Procedures Act ("RESPA") of plaintiffs Benjamin R. Daniels and Diana L. Daniels ("Plaintiffs") against defendants BAC Home Loans Servicing, LP, Mortgage Electronic Registration Systems, Inc. (erroneously sued as Mortgage Electronic Recording System), and America's Wholesale Lender, a trade name for Countrywide Home Loans, Inc. (erroneously sued as America's Wholesale Lender) (collectively "Defendants"), and dismissing Plaintiffs' remaining state law claims without prejudice,

//

//

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiff on their claims for violation of TILA and RESPA.

  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs' state law claims are dismissed without prejudice.

  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing and that Defendants shall have their costs of suit.

  IT IS SO ORDERED.

DATED: April 18, 2011

_____
            Percy Anderson
    UNITED STATES DISTRICT JUDGE